# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED 2009 SEP -1 1:33 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| vs. | CASE NUMBER: 3:05-cr-242-J-32TEM |
| | USM NUMBER: 31172-018 |
| DOUGLAS VINCENT KEECHLE | Defendant's Attorney: James H. Burke, Jr. |

## THE DEFENDANT:

**X** admitted guilt to violation of charge numbers **Two (in part) and Four (2 & 4)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 2 (in part) | Possession of marijuana and resisting an officer | June 3, 2009 |
| 4 | Travel outside the district without permission | June 3, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **August 25, 2009**

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: August 27, 2009

Defendant: DOUGLAS VINCENT KEECHLE  Judgment - Page 2 of 2
Case No.: 3:05-cr-242-J-32TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY FOUR (24) MONTHS.

__X___ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Butner**
- **Defendant receive mental health treatment**
- **Defendant enroll in Residential Drug Abuse Treatment Program (RDAP), pursuant to 18 U.S.C. § 3621 (e)**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m.  on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL